UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| Cassius Lamar Shine,<br>    Plaintiff,<br><br>    v.<br><br>Robert Hofmann, Susan Blair,<br>Jodie Chafee, Modiano,<br>Kevin Ashburn, Nick Burnham,<br>    Defendants. | :<br>:<br>:<br>: File No. 2:06 CV 237<br>:<br>:<br>:<br>:<br>: |

ORDER

The Report and Recommendation of the United States Magistrate Judge was filed October 6, 2008. Plaintiff's objections were filed October 22, 2008.

A district judge must make a *de novo* determination of those portions of a magistrate judge's report and recommendation to which an objection is made. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); *Perez-Rubio v. Wyckoff*, 718 F.Supp. 217, 227 (S.D.N.Y. 1989). The district judge may "accept, reject, or modify, in whole or in part, the magistrate's proposed findings and recommendations." *Id.*

After careful review of the file, the Magistrate Judge's Report and Recommendation and the objections, this Court ADOPTS the Magistrate Judge's recommendations in full.

The plaintiff's motion for a temporary restraining and preliminary injunction (Paper 46) is **DENIED**. In addition, plaintiff's motion to amend his complaint (Paper 33), motion

for appointment of counsel (Paper 44), and motion to compel (Paper 45) are **DENIED** without prejudice.

Dated at Burlington, in the District of Vermont, this 27th day of October, 2008.

<pre>
                                /s/ William K. Sessions III
                                William K. Sessions III
                                Chief Judge
</pre>